JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO SALINAS, | ) CASE NO. CV 13-685-JLS (PJW) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| JOHN SOTO, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 5, 2016.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Salinas.Judgment.wpd